# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA
_____

Nos. 1D18-111
1D18-112
1D18-113
1D18-114
_____

JAMES HARMON,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

On appeal from the Circuit Court for Duval County.
Steven B. Whittington, Judge.

August 30, 2019

PER CURIAM.

AFFIRMED.

ROBERTS, MAKAR, and M.K. THOMAS, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____


Andy Thomas, Public Defender, and Justin Foster Karpf, Assistant Public Defender, Tallahassee, for Appellant.

Ashley Moody, Attorney General, and Kaitlin Weiss, Assistant Attorney General, Tallahassee, for Appellee.